**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **RHONDA GRESKY**, on behalf of herself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHECKER NOTIONS COMPANY, INC., D/B/A CHECKER DISTRIBUTORS,** )<br>)<br>Defendant. ) | Case No. 3:21-cv-01203<br><br>Judge Jeffrey J. Helmick |

**JOINT MOTION FOR FINAL APPROVAL OF A CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**

Named Plaintiff Rhonda Gresky ("Gresky," "Named Plaintiff," or "Representative Plaintiff"), on behalf of herself and those similarly situated, and Defendant Checker Notions Company, Inc. d/b/a Checker Distributors ("Defendant"), by and through undersigned counsel, hereby jointly move this Court for entry of final judgment approving the Parties' Class Action Settlement Agreement ("Agreement" or "Settlement") pursuant to Fed. R. Civ. P. 23. The Parties further request that the fairness hearing scheduled for Wednesday, August 24, 2022 at 2:00 pm be held telephonically or by video conferencing since there are no objections to the Settlement.

On March 16, 2022, the Parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Rule 23 Class Action ("Joint Motion for Preliminary Approval"). (ECF No. 14) On March 24, 2022, this Court entered an Order granting provisional certification of the Rule 23 class, granting preliminary approval of the Settlement, and authorizing notice to the provisionally certified class members. (ECF No. 15 ("Preliminary

1

Approval Order")) On April 21, 2022, Analytics Consulting, LLC ("Settlement Administrator" or "Claims Administrator") commenced the issuance of Notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*See* Declaration of Jodi Berbrich (hereinafter "Claims Administrator Decl."), attached hereto as **Exhibit 1**, ¶¶ 10–12.) The Court-approved Notice was sent to approximately 120 members of the provisionally certified class by first-class U.S. mail. (*Id.*) Under the Court-approved Notice, the Opt-Out Forms and written objections to the Settlement had to be received or post-marked on or before August 14, 2022, which is ten (10) days prior to the Fairness Hearing on August 24, 2022. (*Id.*, ¶ 13-14; *see also* Preliminary Approval Order, ¶ 8, PageID # 153) In addition, the deadline to return an Opt-In Form to receive additional compensation as explained in the Notice was May 9, 2022. (*Id.*, ¶ 15) Eight (8) Notices were returned to Analytics as undeliverable, so Analytics conducted a skip trace in an attempt to ascertain valid addresses for the 8 affected Class Members. (*Id.*, ¶ 10-14) As a result of those efforts, four (4) new addresses were identified and Analytics re-mailed the Notice to each of the new addresses. (*Id.*) In other words, 116 out of 120 provisionally certified Class Members were received Notice, which is equivalent to 96.7%,

The notice process has been completed pursuant to the Parties' Settlement as approved by the Court's Order. (Ex. 1, ¶ 10-15) Out of the 120 provisionally certified Class Members, only one (1) requested to be excluded. (*Id.*, ¶ 13). Importantly, no class members objected to the Settlement. (*Id.*, ¶ 14) 58 provisionally certified Class Members returned an Opt-In Form, so they will receive additional compensation pursuant to the terms of the Settlement. (*Id.*, ¶ 15) To summarize, out of the 116 provisionally certified Class Members who received Notice, 115 out of 116 (99%) will be included in the Settlement.

As explained in the Joint Motion for Preliminary Approval, the Settlement resolves bona

fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 14, PageID # 80) The Settlement distributions are fair, reasonable, and more than adequate. (*Id.* at PageID # 81 and 86-87). This is underscored by the fact that no objections to the Settlement were raised during the notice process and 99% of the individuals who received Notice will be included in the Settlement.

Therefore, the Parties respectfully request that this Court enter an Order granting final certification of the class and collective action, and final approval of the Settlement.[1]

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel I. Bryant* <br> Daniel I. Bryant (0090859) <br> **BRYANT LEGAL, LLC** <br> 1550 Old Henderson Road <br> Suite W-126 <br> Columbus, Ohio 43220 <br> Direct: (614) 704-0546 <br> Fax: (614) 573-9826 <br> Email: dbryant@bryantlegalllc.com | */s/ Roman Arce (email authorization 8/18/22)* <br> Roman Arce (0059887) <br> **MARSHALL & MELHORN, LLC** <br> Four SeaGate, Eighth Floor <br> Toledo, Ohio 43604 <br> Telephone: (419) 249-7100 <br> Facsimile: (419) 249-7151 <br> arce@marshall-melhorn.com <br> <br> *Attorneys for Defendant* |

Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite W-126
Columbus, Ohio 43220
Ph: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

*Class Counsel for Named Plaintiff
and those similarly situated*

---

[1] The Parties intend to submit a proposed Order on or before August 19, 2022 – 5 days prior to the fairness hearing on August 24, 2022.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of August, 2022, a true and accurate copy of the foregoing was electronically filed with the United States District Court for the Southern District of Ohio through the Court's CM/ECF system, and that such system will send electronic notice of the filing to all counsel of record.

      /s/*Daniel I. Bryant*
      Daniel I. Bryant (0090859)

      *Class Counsel for Named Plaintiff and those similarly situated*

4

13816533.3